IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RENEE MARTINEZ,**

    Plaintiff,

v.                                                    CIV 11-0553 JCH/KBM

**DEPARTMENT OF PUBLIC SAFETY,**
**NEW MEXICO STATE POLICE and**
**OFFICER NOE ALVARADO, in his**
**individual and official capacity,**

    Defendants.

**ORDER GRANTING MOTION FOR ATTORNEY FEES *(DOC. 46)***

    THIS MATTER comes before the Court on Defendants' Motion to Compel Payment of Attorneys Fees for Defendants' Counsel As Awarded By the Court *(Doc. 46)*. Having reviewed the parties' submissions and the relevant law, I find the Motion is well-taken and should be granted.

    Initially, I unambiguously ordered Plaintiff to pay Defendants their reasonable attorneys' fees and costs incurred in bringing their Motion to Compel *(Doc. 29)*. *See Doc. 33.* Plaintiff did not file objections to my Order *(Doc. 33)* with the District Court Judge assigned to this matter. *See* 28 U.S.C. § 636(b)(1)(A) (providing that "[a] judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law").

    I have reviewed the Affidavit of Stephen G. French *(Doc. 48-1)* filed with Defendants' Reply. I find the fees and expenses, including the necessary copying costs, listed therein to be

reasonable and appropriate. Further, I find no reason to delay payment of such fees, which were designed, in part, to prevent further discovery abuses as this litigation continues.

    **Wherefore,**

    **IT IS ORDERED** that Defendants' Motion to Compel Payment of Attorneys Fees for Defendants' Counsel as Awarded by the Court *(Doc. 46)* is granted. Plaintiff shall pay $1,355.58 to counsel for Defendants no later than December 1, 2012.

                                                  _____
                                                  **UNITED STATES CHIEF MAGISTRATE JUDGE**